

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-856-A |
| | § | |
| IDEAMAX, EUGENE LEE, and | § | |
| AEKYUNG LEE, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Consistent with the order of dismissal signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action in which Flexible Innovations Ltd., is plaintiff, and IdeaMax, Eugene Lee, and Aekyung Lee are defendants, and all claims and causes of action asserted by any party thereto, be, and are hereby, dismissed with prejudice except that such dismissal does not impair or affect any of the injunctive relief ordered by the court in the Final Judgment as to Permanent Injunction the court signed March 7, 2013, the Supplemental Final Judgment as to Permanent Injunction the court signed May 28, 2013, or the Agreed Order Granting Supplemental Permanent Injunction the court signed on the date of the signing

of this final judgment, all of which injunctive judgments, orders, and relief remain in full force and effect.

The court further ORDERS, ADJUDGES, and DECREES that each party bear costs of court incurred by such party.

SIGNED June 26, 2013.

_____
JOHN McBRYDE
United States District Judge