IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FLEXIBLE INNOVATIONS LTD.,
A Texas Limited Partnership,

    Plaintiff,

v.

IDEAMAX, EUGENE LEE, and AEKYUNG LEE,

    Defendant

Case No.: 4:12-CV-00856-A

DEFENDANTS' STATEMENT OF COMPLIANCE WITH COURT'S ORDER AND OPPOSITION TO PLAINTIFF'S REPORT RE NONCOMPLIANCE WITH NOTICE OF STEPS TO TAKE TO COMPLY WITH COURT'S ORDERS

## I

## COMPLIANCE

Defendants Ideamax, Eugene Lee and Aekyung Lee (collectively "Defendants") have complied, or have substantially complied with the "Order of Contempt" as filed on October 9, 2013. Specifically, the following actions have been taken regarding this compliance:

1. **Pursuant to Order of Contempt (a):** Action taken: Defendants removed the phrase "Trust the original genuinely United States Patented manufacturer for over 10 years!" from its website at www.microclean.net; see **EXHIBIT A**.

2. **Pursuant to Order of Contempt (b):** Action taken: Defendants removed the phrase "OFFICIAL UNITED STATES PATENTED PRODUCT" in conjunction with Defendants' microfiber screen wipe products from its website at www.microclean.net; see **EXHIBIT A.**

3. **Pursuant to Order of Contempt (c):** Action taken: Defendants removed the phrase "Being the patented manufacturer" in conjunction with Defendants' microfiber screen wipe products by removing the phrase on the webpage from its website at www.microclean.net; see **EXHIBIT B.**

DEFENDANTS' STATEMENT OF COMPLIANCE WITH COURT'S ORDER AND OPPOSITION TO PLAINTIFF'S REPORT

1

4. **Pursuant to Order of Contempt filed October 9, 2013 (d):** Action taken: Defendants removed the mark "digipad" " in conjunction with Defendants' microfiber screen wipe products from its facebook page; see screenshot of Defendants' Facebook page on 11/1/13 attached hereto as **EXHIBIT C**.

5. **Pursuant to Order of Contempt filed October 9, 2013 (e):** Action taken: Defendants removed the mark "digistand" " in conjunction with Lee's microfiber screen wipe products from its facebook page; see screenshot of Defendants' Facebook page on 11/1/13 attached hereto as **EXHIBIT C**.

## II
## PLAINTIFF EXCEEDS SCOPE OF COURT ORDERS

6. Plaintiff argues in its Report, filed November 1, 2013, that all of its "items in the Notice come within the constraints of the "Agreed Order" (item 11, page 2 of 6) and then cites Exhibit "11" of its Notice, presumably as an example of noncompliance by Defendants.

7. With respect to Exhibit "11" of its Notice, Defendants <u>have</u> complied with the Agreed Order by eliminating the terms "Digipad" and Digistand" from its "Products". See screenshot of Defendants' Facebook page on 11/1/13 attached hereto as **EXHIBIT C**, which shows that these terms have been completely removed.

8. With respect to Exhibit "10" of its Notice (referred to as Exhibit "C" in Plaintiff's Report), Defendants <u>have</u> complied with the Agreed Order by eliminating the verbiage "*Ideamax holds the official product patent on Microclean microfiber screen cleaners.*" See screenshot of Defendants' Facebook page on 11/1/13 attached hereto as **EXHIBIT C**, which shows that this phrase has been completely removed. This screenshot contradicts Plaintiff's assertion in its Report on page 2 of 6; item 8, that Defendants have failed to fully comply with the Agreed Order.

9. With respect to Exhibit "1" of Plaintiff's Report (referring to "E-Wallet"), the small patent logo on the right side of the advertisement is there only to indicate a new patent pending application relating to the E-Wallet, and has virtually nothing to do with any cleaning qualities of an E-Wallet. Defendants are willing to stipulate, however, to move the "patent (pending)" logo closer to the E-Wallet name if the Court deems it necessary.

10. Defendants do not disagree that they must comply with all aspects of the Agreed Order. Defendants, in fact, believe that they have already complied with all aspects of the Agreed Order. Defendants respectfully contend, however, that full compliance should not include relinquishing their own rights under U.S. Patent No. 6,613,382, which relates to an adhesive gel enabling multi-use products to adhere to matte finished phones, devices and cases.

11. It appears that the common thread to all of Plaintiff's points in items "a" through "i" of its Report (see pages 3 to 5) refer to inferences that could be made linking Defendants' patent references for adhesive qualities to the cleaning qualities of its product by virtue of Defendants' product name. Defendants believe that this connection is an unfair representation of its advertising content, as well as of its intentions.

12. Defendants' product, "MicroClean", has two parts to it- a microfiber cleaning cloth, and an adhesive gel. The product is a mobile microfiber adhesive screen cleaner for smart phones, iphones, glasses and cameras, and its name is a necessary part of its advertising.

13. An important selling point of Defendant's "MicroClean" product is its unique ability to adhere to various electronic devices. This feature is fully protected under Defendants' patent (U.S. Patent No. 6,613,382), and is mentioned in the advertisements only in connection with its adhesive qualities. There are no representations made, directly or indirectly, to any cleaning aspects or qualities in connection with Defendants' patent. The mere fact that the "MicroClean"

name and the patented feature for adhesive qualities are made in the same advertisement does not imply, and should not imply that one is connected to the other. **EXHIBIT D** attached hereto shows that these references are in connection with the adhesive gel aspect only, since Defendants have previously stipulated not to relate its patent to its cleaning qualities or characteristics.

14. Defendants believe that Plaintiff's assertions of contempt are nothing but wild and reckless allegations which clearly overreach the scope of the Agreed Order. Judge John McBryde has already denied these extra requests by Plaintiff in previous hearings and has ordered Defendants to comply with six specific items, which Defendants believe they are in full compliance with.

15. Defendants do not agree to the appointment of a special prosecutor since Defendants have acted in good faith in complying with all Court Orders. If the Court determines that Defendants need to take further action in addition to actions they have already taken, however, Defendants will comply with any decision of the Court forthwith.

Respectfully submitted,

/eugene lee/
_____
Eugene Lee, Defendant

**EXHIBIT A**

> 2013_PROMO_CATALOG_ ×
> microclean.net/uploads/2013_PROMO_CATALOG__2_3p_.jpg

*Trust the original genuinely United States Patented manufacturer for over 10 years!*

**OFFICIAL UNITED STATES PATENTED PRODUCT!**

# MicroClean®

### Mobile Microfiber Adhesive Screen Cleaner for Smart Phones, iPhones, glasses, and Cameras






PEEL — WIPE — STICK

Catalog page 2 ... download is high resolution jpg

*Use it on the go wherever your MOBILE device may take you!*

All MicroCleans come with a FREE Stock Packaging Card & Clear Cellophane Bag!

**FEATURES**
- Great portable screen cleaner for smart phones, portable devices, glasses, iPods, camera lenses, etc.
- Ultra-fine Microfiber material removes fingerprints, dirt, dust & makeup from screens in one swipe!
- Self-adheres anywhere on the back of your device or device case when not in use, making it extremely portable!
- New US Patented Magstic adhesive gel adheres to matte finished phones, devices and cases!
- Provides shock absorption when adhered to device.
- Fully customizable product and packaging to best suite your business marketing needs, target markets, and trends!
- Carefully developed for over ten years and genuinely US Patented, the revolutionary Magstic adhesive gel is washable, thus enables each MicroClean to be reusable thousands of times!
- Ultra-fine microfiber material is guaranteed not to scratch any of the recommended cleaning surfaces.
- If the Magstic adhesive gel gets dusty or dirty, simply wipe it with a wet towel and the MicroClean will stick and appear like new!
- Our high frequency heat sealing and advanced production methods prevent MicroCleans from fraying and guarantees the highest durable product available on the market!

For custom packaging information, please see last page!



FRONT — BACK
*For Custom Card information please see last page!*

**New Magstic Gel NOW sticks to matte & rubber finish phones & cases!**



### MicroClean #600 Pricing Per Unit

|  | 600 | 1,000 | 2,500 | 5,000 | 10,000 |
|---|---|---|---|---|---|
| S1-R1-C1 | $1.20 | $1.10 | $1.00 | $0.90 | $0.80 |
| S2-R2-C2 | $1.40 | $1.30 | $1.20 | $1.10 | $1.00 |
| S3-R3-C3 | $1.50 | $1.40 | $1.30 | $1.20 | $1.10 |
| S4-R4-C4 | $1.60 | $1.50 | $1.40 | $1.30 | $1.20 |

|  | Background | 1 Spot Color | 2 Spot Colors | 3 Spot Colors | 4 Color Process |
|---|---|---|---|---|---|
| Setup Charge | FREE | $35 | $70 | $100 | $100 |

*Pricing includes all run, PMS color matching & virtual proof charges*

### MicroClean & MicroClean Max Template Sizes



For Custom Card & Production Information please see last page!

"BEFORE"



- microclean
- microclean max
- micropad
- e-wallet
- r-guard
- microstand
- microstand desk
- e-stylus
- e-stylus microclean
- microcloth
- non-slip dash pad
- iphone skin
- custom card & packaging
- shipping & production
- template file downloads

home page



http://microclean.net/   **"AFTER"**   11/1/2013



Content copyright 2013. microclean.net. All rights reserved.



**EXHIBIT B**

Home Page | microclean.net

# IdeaMax

SPECIALIZING IN PORTABLE MICROFIBER & REVOLUTIONARY ACCESSORIES FOR SMART PHONES, IPHONES, IPADS, TABLETS, LAPTOPS, KINDLES, ETC!

ASI #62135     PPAI #197773     SAGE #63560

home page

**microclean.net homepage**

- home page
- microclean
- microclean max
- micropad
- e-wallet
- r-guard
- microstand
- microstand desk
- e-stylus
- e-stylus microclean
- microcloth
- non-slip dash pad
- iphone skin
- custom card & packaging
- shipping & production
- download 2013 catalog
- template file downloads

## MAKE YOUR VISION COME TO LIFE!

In a world where brand name recognition is prominent in all realms of society,
there are few electronics accessories that can catch the attention of the public eye!
With the constantly evolving technological advances in the electronics industry,
the market trends for electronics accessories have equally expanded.
With touch screens and digital devices on the rise, IdeaMax has raised the bar
by developing the ultimate tools to bring your business marketing to the next level!

We at IdeaMax have perfected a revolutionary and unique line of customizable
products that will not only decorate, protect, and enhance your mobile and
stationary device(s), but are also utilized as portable ████████████████
& screen cleaning mouse pads, portable screen cleaning device wands
and portable ultra-sensitive styluses.

████████████████ enables us to create a custom imprint of your
design using full color digital processing in the highest print quality,
and the best production time and methods available to the industry,
on both our products and packaging. This fact allows us to personally customize
every order to best suits the business needs of our clients.
If you look at it from this point of view, the opportunities are endless in terms
of target markets in the promotional, incentive, and marketing industries!
Our goal at IdeaMax as a manufacturer is to provide the highest quality products,
best customer service, and quickest production time available to the industry!

## CREATE A CUSTOM IMPRINT OF YOUR DESIGN
## THAT WILL BE SEEN FAR AND WIDE!

**EXHIBIT A-3**

3-9         12

"BEFORE"



home page

- microclean
- microclean max
- micropad
- e-wallet
- r-guard
- microstand
- microstand desk
- e-stylus
- e-stylus microclean
- microcloth
- non-slip dash pad
- iphone skin
- custom card & packaging
- shipping & production
- template file downloads



New Hom Page.

AFTER

http://microclean.net/                                            11/1/2013

**EXHIBIT C**



"BEFORE"

Settings  Logout

Ads Manager

 Microclean- Microfiber Scr...  | About

## About

Visit our website to view our full product line, pricing, and order information.

### Mission

Our mission at Ideamax is to provide our clients with the maximum potential for exposure in a technologically advanced world. Our full line of promotional products have been designed to capture and express the true essence of our clients' companies and to get their business name out there to the public.

### Company Overview

In a world where advertisement is prominent in all realms of society, there are few marketing strategies that can catch the attention of the public eye. Our mission at Ideamax is to provide our clients with the maximum potential for exposure in a technologically advanced world. Ultimately, we employ key marketing strategies in an evolutional business sense. Our products will take your company logo and advance it into quality brand name marketing. Make your vision come to life! Create a custom imprint of your logo and/or company information using full color digital processing in the highest print quality. Our materials are of the most premium grade and our production methods have been revised and enhanced through years of development. Get your company name out there and make your first impression a lasting impression!

### Description

At Ideamax we strive to promote your business to the next level with our Microclean and related products. These revolutionary products provide your business with a new affective way to market. We produce only the highest quality promotional products that are multi-functional and portable. Our microfiber screen cleaners are both easy to use and effective. Simply adhere to any surface on your mobile device, laptop, or tablet when not in use. Our patented Magstic adhesive gel is one of a kind and is able to withstand thousands of re-applications!

### General Information

Ideamax

Hours of Operation:
Monday- Friday, 8AM-5PM PST
... See More

## Basic Info

Founded       1997
Release Date  2003
Products      Microclean microfiber electronic screen cleaners, MicroPad, Microstand Desk, Iphone Stand, and Microstand

## Contact Info

Website       http://www.microclean.net

See Your Ad Here
Microclean- Microfiber Screen Cleaners by Ideamax



Visit our website to view our full product line, pricing, and order information.
Like · likes this.

Advertise your page

About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Terms  Help

Facebook © 2013 · English (US)

"AFTER"

https://www.facebook.com/MicrocleanUSA/info                              11/1/2013

# EXHIBIT D

**NEW SIZES & SHAPES!**

# MicroClean®

## Portable Microfiber Adhesive Screen Cleaner for Smart Phones, iPhones, Glasses, Cameras, etc.

  

### PEEL          WIPE          STICK

*Use it on the go wherever your MOBILE device may take you!*

### FEATURES

- Great portable screen cleaner for smart phones, portable devices, glasses, iPods, camera lenses, etc.
- Ultra-fine Microfiber material removes fingerprints, dirt, dust & makeup from screens in one swipe!
- Self-adheres anywhere on the back of your device or device case when not in use, making it extremely portable!
- New US Patented Magstic adhesive gel adheres to matte finished phones, devices and cases!
- Provides shock absorption when adhered to device
- Fully customizable product and packaging to best suite your business marketing needs, target markets, and trends!
- Carefully developed for over ten years and genuinely US Patented, the revolutionary Magstic adhesive gel is washable, thus enabling each MicroClean to be reusable thousands of times!
- Ultra-fine microfiber material is guaranteed not to scratch any of the recommended cleaning surfaces
- If the Magstic adhesive gel gets dusty or dirty, simply wipe it with a wet towel and the MicroClean will stick and appear like new!
- Our high frequency heat sealing and advanced production methods prevent MicroCleans from fraying and guarantee the highest durable product available on the market!

Microstand #650   A NEW & REVOLUTIONARY PRODUCT TO PROMOTE YOUR BUSINESS, COMPANY, SERVICE OR PRODUCT!

# MICROSTAND
## Portable Smart Phone Stand & Microfiber Screen Cleaner


Perfect for easily watching movies & playing games while on the go!


In two simple steps your smart phone becomes free standing!


**PEEL**


**CLEAN**


**STICK**

## FEATURES

- Great portable stand for smart phones and hand-held devices of all types!
- Ultra-fine Microfiber material removes fingerprints, dirt & dust from screens in one swipe!
- Self-adheres anywhere on the back of your device or device case when not in use, making it extremely portable!
- New US Patented Magstic gel adhesive adheres to matte finished devices and cases!
- Provides shock absorption when adhered to device
- Fully customizable product and packaging to best suite your business marketing needs, target markets, and trends!
- Carefully developed for over ten years and genuinely US Patented, the revolutionary Magstic adhesive gel is washable, thus enabling each MicroStand to be reusable thousands of times!
- Ultra-fine microfiber material is guaranteed not to scratch any of the recommended cleaning surfaces
- If the Magstic adhesive gel gets dusty or dirty, simply wipe it with a wet towel and the MicroStand will stick and appear like new!
- Our high frequency heat sealing and advanced production methods prevent MicroStands from fraying and guarantee the highest durable product available on the market!

# MicroStand Desk
## Portable Smart Phone/Device Stand & Microfiber Screen Cleaner

The perfect portable stand that goes wherever your mobile device may take you!



## FEATURES

- Great portable stand for smart phones and hand-held devices of all types!
- Ultra-fine Microfiber material removes fingerprints, dirt & dust from screens in one swipe!
- Self-adheres anywhere on the back of your device or device case when not in use, making it extremely portable!
- New US Patented Magstic gel adhesive adheres to matte finished devices and cases!
- Provides shock absorption when adhered to device
- Fully customizable product and packaging to best suite your business marketing needs, target markets, and trends!
- Carefully developed for over ten years and genuinely US Patented, the revolutionary Magstic adhesive gel is washable, thus enabling each MicroStand to be reusable thousands of times!
- Ultra-fine microfiber material is guaranteed not to scratch any of the recommended cleaning surfaces
- If the Magstic adhesive gel gets dusty or dirty, simply wipe it with a wet towel and the MicroStand will stick and appear like new!
- Our high frequency heat sealing and advanced production methods prevent MicroStands from fraying and guarantee the highest durable product available on the market!

